# United States District Court
# Western District of North Carolina
# Statesville Division

| | | |
|---|---|---|
| Earl F. Armstrong, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 5:15-cv-00110-MOC-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| Carolyn W. Colvin, Acting | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 9, 2016 Order.

November 9, 2016

_____

Frank G. Johns, Clerk
United States District Court